FILED IN OPEN COURT

DATE: 5/31/05

TIME: 9:53 a.m.

INITIALS: JL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Cr. No. 05-20092-B

KEITH CARRICK,

    Defendant.

---

### ORDER FOR EVALUATION OF DEFENDANT PURSUANT TO 18 U.S.C. § 4241

---

For good cause shown and without objection by the government, the Court hereby **GRANTS** defendant's oral motion for evaluation pursuant to 18 U.S.C. § 4241. Defendant shall be transferred to a Federal Medical Facility that is available to determine defendant's competency to stand trial.

IT IS SO ORDERED this 31st day of May, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-9-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20092 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT