UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _AW_ D.C.

2005 AUG 24  AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR. No. 05-20092-D/V |
| vs. ) | |
| ) | |
| **DEWONNA JOHNSON,** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Dewonna Johnson, MDOC# 101327, DOB: 4/9/66, now being detained in the Central Mississippi Correctional Facility, 3794 Highway 468, Pearl, MS 39208, appear before the Honorable Diane K. Vescovo on September 19th, 2005, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 24th day of August, 2005.

Stephen C. Parker
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN

Sheriff/Warden, Margaret Bingham (Superintendent), Central Mississippi Correctional Facility, 3794 Highway 468, Pearl, MS 39208.

YOU ARE HEREBY COMMANDED to have Dewonna Johnson, MDOC# 101327, DOB: 4/9/66, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 24th day of August, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8/25/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20092 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT